AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: 6:25-cv-00082

$834,592.35 IN U.S. CURRENCY,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Order signed April 2, 2026, judgment is entered in favor of Plaintiff United States of America. All rights, title, and interest in the Defendant Currency is hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law. This case stands closed.



| | |
|---|---|
| 4/2/2026 | John E. Triplett, Clerk of Court |
| _Date_ | _Clerk_ |
| | _(By) Ann Duke, Deputy Clerk_ |

GAS Rev 10/2020